UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-0994 FMO (SKx) | Date | May 3, 2022 |
|---|---|---|---|
| Title | Paul Bermudez v. Studio City Convalescent Hospital | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**        **(In Chambers) Order Remanding Action**

In light of the Ninth Circuit's decision in Saldana v. Glenhaven Healthcare LLC, 27 F.4th 679 (9th Cir. 2022), IT IS ORDERED THAT:

1.   Pursuant to the Ninth Circuit's decision in Saldana, plaintiffs' Motion to Remand **(Document No. 16)** is **granted in part and denied in part**.  The Motion is denied as to fees and costs.

2.  The above-captioned action shall be **remanded** to the Superior Court of the State of California for the County of Los Angeles for lack of subject matter jurisdiction.

3.  The Clerk shall send a certified copy of this Order to the state court.

4.  Any other pending motion is denied as moot.

| Initials of Preparer | gga |
|---|---|